GERALD MARCIANO *v.* NEIL W. KRANER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 126 Conn. App. 171 (AC 31090), is denied.

PALMER, J., did not participate in the consideration of or decision on this petition.

*Zbigniew S. Rozbicki,* in support of the petition.

*Timothy Brignole,* in opposition.

Decided March 16, 2011

---

TERANCE ELSEY *v.* COMMISSIONER OF CORRECTION

The petitioner Terance Elsey's petition for certification for appeal from the Appellate Court, 126 Conn. App. 144 (AC 31132), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Jodi Zils Gagne,* special public defender, in support of the petition.

*Tamara A. Grosso,* special deputy assistant state's attorney, in opposition.

Decided March 16, 2011